IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 98-30049 |
| | ) | |
| MELVIN LOGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Agreed Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. <u>See</u> d/e 72. For the reasons stated therein, the Agreed Motion to Reduce Sentence (d/e 72) is GRANTED. An Amended Judgment will be entered with a sentence of 292 months' imprisonment. The previously filed motions for retroactive application of sentencing guidelines to crack cocaine offense (d/e 70, 71), filed on October 28, 2011 and June 1, 2012, are DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: July 23, 2012

FOR THE COURT:                      <u>s/ Sue E. Myerscough</u>
                                               SUE E. MYERSCOUGH
                                 UNITED STATES DISTRICT JUDGE